UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Stephen Joseph Paul

Case No. 16-10794
Chapter 13

Debtor(s).

## LOSS MITIGATION AFFIDAVIT OF DEBTOR(S) AND CERTIFICATE OF SERVICE

STATE OF    NY    ) ss.:
COUNTY OF    ALBANY    )

I, _____Cheryl Sweet_____, being sworn, say: I am not a party to this action, am over 18 years of age, and reside in _____Broadalbin_____, ___NY___.

Instructions:

    (1) Complete, as is appropriate, either Part A: Request for Documents/Information by Debtor(s) or Part B: Debtor(s)' Response to Request for Documents/Information.
    (2) Complete Part C: Loss Mitigation Contact Information, unless the information was provided in the Loss Mitigation Request by Debtor(s) and Certificate of Service.
    (3) Complete Part D: Certificate of Service.

**On behalf of Debtor(s):**

*Part A: Request for Documents/Information by Debtor(s)*

On _____, 20___, I served a true and accurate copy of the Debtor(s)' Request for the following documents/information:

    ☐    A copy of Debtor(s)' payment history;

    ☐    Other (please specify): _____

_____

_____

_____

1

LM:6(06/12/2013)

*Part B: Debtor(s)' Response to Request for Documents/Information*

On _____June 14_____, 20 18 , I served a true and accurate copy of the Debtor(s)' Response to Creditor's Request for documents/information, including the following:

- ☐ A copy of the Debtor(s)' two (2) most recent federal income tax returns;

- ☐ A copy of the Debtor(s)' last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor(s);

  Or, if the Debtor(s) is/are self-employed:

  A copy of the Debtor(s)' Profit and Loss Statements, setting forth a breakdown of the monthly income and expenses for the Debtor(s)' business (es), for the two (2) most recent months of _____ and _____;

- ☐ A completed copy of the Creditor's Financial Worksheet;

- ☐ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs;

- ☒ Other (please specify): <u>2017 tax returns for Debtor and wife and bank statement for 2 months for debtor and wife.</u>

2

LM:6(06/12/2013)

*Part C: Loss Mitigation Contact Information*

The Loss Mitigation contact information for the Attorney for the Debtor(s) is as follows:

Name: Guy J. Criscione

Title: Attorney for Debtor

Firm: Law Office Guy J. Criscione

Address: 817 Madison Avenue

Address 2: 

City: Albany            State: NY   Zip Code: 12208

Phone No.: 518-449-1680       Facsimile No.: 518-427-6720

Email Address: guy@guycriscione.com

*Part D: Certificate of Service*

On _____June 14_____, 20 18 , I served a true and accurate copy of the above Loss Mitigation Affidavit by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:
   US Trustee's Office
   Andrea E. Celli, Chapter 13 Trustee
   Terri Sweeting at Rosicki, Rosicki

—by first class mail upon the following parties at the addresses listed below:

LM:6(06/12/2013)

3

—by certified mail upon the following parties at the addresses listed below:

Dated: _____June 14_____, 20_18_
        _____Albany_____, New York          _____/s/ Cheryl Sweet_____
                                                 Name

Sworn to before me this

_14th_ day of ___June___, 20_18_
        _/s/ Guy J. Criscione_
Notary Public, State of New York

LM:6(06/12/2013)

4